CHASEN COHAN, ESQ.
Nevada Bar No. 12349
**COHAN PLLC**
746 Pilot Rd., Ste. D
Las Vegas, NV 89109
Tele: (702) 624-2755
Fax: (702) 850-2386
cohan@cohanpllc.com

*Attorneys for Defendant,
TREASURE ISLAND, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IAN PHILLIPS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>TREASURE ISLAND, LLC, a Nevada Limited-Liability Company; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.: 2:17-cv-02881-GMN-PAL<br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

Defendant, TREASURE ISLAND, LLC, by and through its attorney, CHASEN COHAN, ESQ., of the law offices of COHAN PLLC, and Plaintiff, IAN PHILLIPS, by and through his attorney, CHRISTIAN M. MORRIS, ESQ., of the NETTLES LAW FIRM do hereby stipulate to remand this matter to state court without prejudice.

This stipulation to remand is based on Plaintiff's averment that the amount in controversy is not met. Therefore, the parties hereby stipulate that this matter be remanded to state court.

Additionally, Plaintiff stipulates to dismiss his claim of punitive damages against Defendant Treasure Island, LLC without prejudice.

| | |
|---|---|
| DATED this 7th day of January, 2018. | DATED this 7th day of January, 2018. |
| **COHAN PLLC** | **NETTLES LAW FIRM** |
| By: *Chasen Cohan, Esq.*<br>CHASEN COHAN, ESQ.<br>Nevada Bar No. 12349<br>746 Pilot Rd., Suite D<br>Las Vegas, Nevada 89119<br>Telephone: (702) 624-2755<br>Facsimile: (702) 850-2386<br>*Attorneys for Defendant,*<br>*TREASURE ISLAND, LLC* | By: /s/ Christian M. Morris, Esq.<br>CHRISTIAN M. MORRIS, ESQ.<br>Nevada Bar No. 11218<br>1389 Galleria Dr., Suite 200<br>Las Vegas, Nevada 89101<br>Telephone: (702) 434-8282<br>Facsimile: (702) 434-1488<br>*Attorneys for Plaintiff* |

## ORDER

**In light of the parties' above stipulation regarding the amount in controversy, and for good cause appearing, IT IS HEREBY ORDERED that this case is remanded back to the Clark County District Court.**

**The Clerk of Court is instructed to close the case.**

**IT IS SO ORDERED** this \_\_\_18\_\_ day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
**UNITED STATES DISTRICT COURT JUDGE**